# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00106-CR
### NO. 03-08-00107-CR

**Kody Malloy Smith, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NOS. 59622 & 59969, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Kody Malloy Smith seeks to appeal judgments of conviction for aggravated kidnapping and assault of a public servant. The trial court has certified that: (1) these are plea bargain cases and Smith has no right of appeal, and (2) Smith waived his right of appeal. The appeals are dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:  March 18, 2008

Do Not Publish